# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **STEPHEN J. DOODY,** | ) | CIVIL CASE NO. 13 CV 00807 |
| | ) | |
| Plaintiff, | ) | Hon. Virginia M. Kendall |
| | ) | Judge Presiding |
| v. | ) | |
| | ) | Magistrate Judge Finnegan |
| **COMMONWEALTH EDISON COMPANY,** | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, STEPHEN J. DOODY, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, and Defendant, COMMONWEALTH EDISON COMPANY, by its attorney, LAWRENCE KENT SEZER of EXELON BUSINESS SERVICES COMPANY, LLC, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: April 9, 2013

| | |
|---|---|
| s/ Lisa Kane | s/ Lawrence Kent Sezer     (By consent) |
| LISA KANE | LAWRENCE KENT SEZER |
| LISA KANE & ASSOCIATES | EXELON BUSINESS SERVICES COMPANY, LLC |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 141 WEST JACKSON BOULEVARD | 10 SOUTH DEARBORN STREET |
| SUITE 3620 | 49th FLOOR |
| CHICAGO, ILLINOIS 60604 | CHICAGO, ILLINOIS 60603 |
| (312) 606-0383 | (312) 394-7831 |
| ATTORNEY CODE NO. 06203093 | ATTORNEY CODE NO. 2556359 |
| lisakane@sbcglobal.net | |